IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

JOSEPH DOUGLAS HERRON                                                                    PLAINTIFF

V.                              NO: 1:16CV00055 BSM/PSH

MARK COUNTS *et al*                                                                   DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Joseph Douglas Herron filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 19, 2016. Herron did not pay the $400.00 filing and docketing fees, or file an application for leave to proceed *in forma pauperis*. On May 23, 2016, the Court entered an order directing Herron to pay the full filing and docketing fees, or to file an application for leave to proceed *in forma pauperis*, within 30 days (Doc. No. 2). That same order warned Herron that his failure to do so within 30 days would result in the recommended dismissal of his complaint.

Although Herron did not pay the fees or file an application for leave to proceed *in forma pauperis*, he did file a change of address notice (Doc. No. 5). On July 25, 2016, the Court entered

another order directing Herron to pay the $400.00 filing and docketing fees, or to file an application for leave to proceed *in forma pauperis* (Doc. No. 6). Herron was again warned that his failure to comply within 30 days would result in the recommended dismissal of his complaint.

More than 30 days have passed, and Herron has not paid the $400.00 filing and docketing fees, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that Herron's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Joseph Douglas Herron's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE