# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSEPH DOUGLAS HERRON**                                          **PLAINTIFF**

v.                      **CASE NO. 1:16-CV-00055 BSM**

**MARK COUNTS, et al.**                                                 **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 7] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, this case is dismissed without prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 23rd day of September 2016.

 

_____
UNITED STATES DISTRICT JUDGE